Kara Andersen Reiter (State Bar. No. 169482)
Kara.Reiter@intusurg.com
Scott R. Mosko (State Bar No. 106070)
Scott.Mosko@intusurg.com
Yiming Mei (State Bar. No. 303328)
yiming.mei@intusurg.com
INTUITIVE SURGICAL, INC.
1020 Kifer Road
Sunnyvale, California 94086

Attorneys for Plaintiff
INTUITIVE SURGICAL, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUITIVE SURGICAL, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PETER BONUTTI, and P TECH, LLC<br>　　　　　　Defendants. | Case No. 5:18-cv-07039-NC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER** |

**[STIPULATED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

**STIPULATION FOR DISMISSAL AND ORDER**

By this stipulation, the parties agree that this case may be dismissed without prejudice. Each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

| | |
|---|---|
| INTUITIVE SURGICAL, INC. | MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP |
| By: */s/ Scott R. Mosko* | By: */s/ Duane H. Mathiowetz* |
| Kara Andersen Reiter (State Bar. No. 169482)<br>Kara.Reiter@intusurg.com<br>Scott R. Mosko (State Bar No. 106070)<br>Scott.Mosko@intusurg.com<br>Yiming Mei (State Bar. No. 303328)<br>yiming.mei@intusurg.com<br><br>**INTUITIVE SURGICAL, INC.**<br>1020 Kifer Road<br>Sunnyvale, California 94086<br><br>Attorneys for Plaintiff<br>INTUITIVE SURGICAL, INC | DUANE H. MATHIOWETZ (SBN 111831)<br>dmathiowetz@mffmlaw.com<br>**MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP**<br>333 W. San Carlos Street, Suite 1050<br>San Jose, CA 95110<br>Telephone: (408) 288-8288<br>Facsimile: (408) 288-6325<br><br>Robert M. Evans, Jr., Mo Bar #35613<br>(*Pro Hac Vice* Forthcoming)<br>robert.evans@stinson.com<br>Michael J. Hartley, Mo Bar #55057<br>(*Pro Hac Vice* Forthcoming)<br>michael.hartley@stinson.com<br>Kyle G. Gottuso, Mo Bar #64869<br>(*Pro Hac Vice* Forthcoming)<br>kyle.gottuso@stinson.com<br>**STINSON LEONARD STREET LLP**<br>7700 Forsyth Boulevard, Suite 1100<br>St. Louis, MO 63105<br>Telephone: (314) 863-0800<br>Facsimile: (314) 345-7600<br><br>Attorneys for Defendants<br>Peter Bonutti and P Tech, LLC |

I certify that Duane H. Mathiowetz has authorized me to affix his e-signature to this pleading and file it.

*/s/ Scott R. Mosko*
Scott R. Mosko

**STIPULATION FOR DISMISSAL AND ORDER**

**ORDER**

Pursuant to Rule 41(a)(1), this matter is dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED this 9th day of April, 2019.



**STIPULATION FOR DISMISSAL AND ORDER**